**STATE of Missouri, Respondent,**

v.

**Mohammad ASALATI, Appellant.**

**No. WD 61051.**

Missouri Court of Appeals, Western District.

Dec. 10, 2002.

John R. Collom, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

Mohammad Asalati appeals the circuit court's judgment finding him guilty of possession of a controlled substance following his waiver of a right to trial by jury. We affirm. Rule 30.25(b).